# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ULTIMATE SPORTS BAR, INC.  § Case No. 12-35823-BWB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 05/06/2016 in Courtroom        , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/30/2016          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ULTIMATE SPORTS BAR, INC.　　　　§　Case No. 12-35823-BWB
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,313.68 |
| *and approved disbursements of* | $ 4,520.53 |
| *leaving a balance on hand of* [1] | $ 13,793.15 |
| **Balance on hand:** | $ 13,793.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,793.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,581.37 | 0.00 | 2,581.37 |
| Accountant for Trustee, Fees - Alan D. Lasko | 8,433.10 | 0.00 | 8,433.10 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 139.05 | 0.00 | 139.05 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 9.08 | 9.08 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,153.52 |
| Remaining balance: | $ 2,639.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 2,639.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $138,765.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 14,187.68 | 0.00 | 269.88 |
| 3P | Internal Revenue Service | 87,877.62 | 0.00 | 1,671.63 |
| 4P | Illinois Department of Revenue | 32,793.96 | 0.00 | 623.82 |
| 5P | Illinois Department of Revenue | 3,905.99 | 0.00 | 74.30 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 2,639.63 |
| Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,972.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 70.00 | 0.00 | 0.00 |
| 2 | Heartland Bank and Trust Company | 170,355.90 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 7,590.86 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 3,660.58 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 78.12 | 0.00 | 0.00 |
| 6 | Reinhart Food Services, LLC | 3,934.54 | 0.00 | 0.00 |
| 7 | Nicor Gas | 282.86 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | | |
|---|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-35823-BWB
Ultimate Sports Bar, Inc.                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen        Page 1 of 2        Date Rcvd: Mar 31, 2016
                          Form ID: pdf006     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.
```
db              #+Ultimate Sports Bar, Inc.,    1447 Cannonball Trail,    Yorkville, IL 60560-4542
19419401        +Airgas National Carbonation,    P.O. Box 31007,    Charlotte, NC 28231-1007
19419402        +Alpha Baking,   36230 Treasury Center,    Chicago, IL 60694-6200
19419403        +Aurora Ice Machines,    8704 West 98th Place,    Palos Hills, IL 60465-1138
19419404        +Barret Ecowater,    205 S. Lake St.,    Montgomery, IL 60538-1440
19419405         Chicago Collection Enforcement,     Illinois Department of Revenue,
                  10 W. Randolph Street, 7th Floor,    Chicago, IL 60601
19419406        +Citizens First National Bank,    14429 South Route 30,    P.O. Box 1327,
                  Plainfield, IL 60544-1327
19616266        +Citizens First National Bank,    c/o Michael O'Brien,    O'Brien Law Offices, P.C.,
                  124A S. County Farm Road,    Wheaton, IL 60187-4596
19419407        +Coca Cola Refreshments,    St. Charles Sales Center,    2335 Payshpere Circle,
                  Chicago, IL 60674-0023
19419409         Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
19419410        +Complete Sanitation,    710 E. South St.,    Plano, IL 60545-1607
19419411       ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:   Direct TV,    P.O. Box 60036,    Los Angeles, CA 90060-0036)
19419412        +Edward Don,    2562 Paysphere Circle,    Chicago, IL 60674-0025
19419413         First National Bank of Ottawa,    2771 Columbus St.,    Ottawa, IL 61350-1005
20004886        +Heartland Bank and Trust Company,    c/o O'Brien Law Offices, P.C.,
                  124A South County Farm Road,    Wheaton, IL 60187-4596
19419414         Hudson Energy,    24919 Network Place,    Chicago, IL 60673-1249
19419415         Illinois Department of Employment,    Norhtern Region,    260 East Indian Trail Road,
                  Aurora, IL 60505-1733
19419417        +Kronos,    1 Kronos Drive,    Glendale Heights, IL 60139-1965
19419418        +Matmasters,    P.O. Box 702,    Batavia, IL 60510-0702
19419419        +Muhammed Kapadia,    Rahannah Enterprise, Inc.,    923 Abbey Court,    Sugar Grove, IL 60554-9204
19419420         Nelson Enterprises, Inc.,    One Broadcast Center,    Plano, IL 60545-2100
19419422        +Orlando Greco & Son Imports,    191 Tubeway Drive,    Carol Stream, IL 60188-2249
19419423       #+Reinhart Food Service,    251 Central Avenue,    University Park, IL 60484-3183
19889223        +Reinhart Food Services, LLC,    Main Street Law Offices, LLC,    504 Main Street, Suite 200,
                  La Crosse, WI 54601-4033
19419424        +Society Insurance,    150 Camelot Drive,    Fond Du Lac, WI 54935-8030
19419425        +Steven Stavropoulos,    P.O. Box 518,    Lemont, IL 60439-0518
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19419408         E-mail/Text: legalcollections@comed.com Apr 01 2016 01:42:42     Com Ed,    P.O. Box 6111,
                  Carol Stream, IL 60197-6111
19495736        +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 01 2016 01:42:55
                  Illinois Department of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
                  Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
19665257         E-mail/Text: rev.bankruptcy@illinois.gov Apr 01 2016 01:41:41
                  Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
19419416        +E-mail/Text: cio.bncmail@irs.gov Apr 01 2016 01:40:54     Internal Revenue Service,
                  Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19913387        +E-mail/Text: bankrup@aglresources.com Apr 01 2016 01:40:17     Nicor Gas,    Po box 549,
                  Aurora Il 60507-0549
19419421         E-mail/Text: bankrup@aglresources.com Apr 01 2016 01:40:17     Nicor Gas,    P.O. Box 0632,
                  Aurora, IL 60507-0632
                                                                                             TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19419426         Wirtz Beverage
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Mar 31, 2016
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
              Joshua D. Greene    on behalf of Debtor 1    Ultimate Sports Bar, Inc. jgreene@springerbrown.com,
               iprice@springerbrown.com
              Michael A O'Brien    on behalf of Creditor    Heartland Bank and Trust Company, as Successor in
               Interest to Citizens First National Bank mobrien@obrienlawoffices.com,
               pdunne@obrienlawoffices.com
              Michael A O'Brien    on behalf of Creditor    Citizens First National Bank
               mobrien@obrienlawoffices.com,   pdunne@obrienlawoffices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                            TOTAL: 5
```