**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ULTIMATE SPORTS BAR, INC.        §   Case No. 12-35823-BWB
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,200.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,639.63     Claims Discharged
                                               Without Payment: $322,098.48

Total Expenses of Administration: $15,674.05

---

　　　3) Total gross receipts of $    18,313.68   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $18,313.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,674.05 | 15,674.05 | 15,674.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 138,765.25 | 138,765.25 | 2,639.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 185,972.86 | 185,972.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $340,412.16 | $340,412.16 | $18,313.68 |

4) This case was originally filed under Chapter 7 on September 10, 2012. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2016        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FIRST NATIONAL BANK OF YORKVILLE | 1229-000 | 18,313.68 |
| **TOTAL GROSS RECEIPTS** | | **$18,313.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 9.08 | 9.08 | 9.08 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,581.37 | 2,581.37 | 2,581.37 |
| Alan D. Lasko | 3410-000 | N/A | 8,433.10 | 8,433.10 | 8,433.10 |
| Alan D. Lasko | 3420-000 | N/A | 139.05 | 139.05 | 139.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 37.47 | 37.47 | 37.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.15 | 36.15 | 36.15 |
| Rabobank, N.A. | 2600-000 | N/A | 27.94 | 27.94 | 27.94 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 17.38 | 17.38 | 17.38 |
| Rabobank, N.A. | 2600-000 | N/A | 24.40 | 24.40 | 24.40 |
| Rabobank, N.A. | 2600-000 | N/A | 25.22 | 25.22 | 25.22 |
| Rabobank, N.A. | 2600-000 | N/A | 27.79 | 27.79 | 27.79 |
| Rabobank, N.A. | 2600-000 | N/A | 26.88 | 26.88 | 26.88 |
| Rabobank, N.A. | 2600-000 | N/A | 24.25 | 24.25 | 24.25 |
| Rabobank, N.A. | 2600-000 | N/A | 28.54 | 28.54 | 28.54 |
| Rabobank, N.A. | 2600-000 | N/A | 25.90 | 25.90 | 25.90 |
| Rabobank, N.A. | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 28.41 | 28.41 | 28.41 |
| Rabobank, N.A. | 2600-000 | N/A | 24.07 | 24.07 | 24.07 |
| Rabobank, N.A. | 2600-000 | N/A | 28.33 | 28.33 | 28.33 |
| Rabobank, N.A. | 2600-000 | N/A | 26.57 | 26.57 | 26.57 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 14.98 | 14.98 | 14.98 |
| Rabobank, N.A. | 2600-000 | N/A | 23.96 | 23.96 | 23.96 |
| Rabobank, N.A. | 2600-000 | N/A | 24.76 | 24.76 | 24.76 |
| Rabobank, N.A. | 2600-000 | N/A | 27.29 | 27.29 | 27.29 |
| Rabobank, N.A. | 2600-000 | N/A | 25.54 | 25.54 | 25.54 |
| Rabobank, N.A. | 2600-000 | N/A | 24.66 | 24.66 | 24.66 |
| Rabobank, N.A. | 2600-000 | N/A | 28.02 | 28.02 | 28.02 |
| Rabobank, N.A. | 2600-000 | N/A | 24.58 | 24.58 | 24.58 |
| Rabobank, N.A. | 2600-000 | N/A | 27.09 | 27.09 | 27.09 |
| Rabobank, N.A. | 2600-000 | N/A | 26.20 | 26.20 | 26.20 |
| Rabobank, N.A. | 2600-000 | N/A | 22.79 | 22.79 | 22.79 |
| Rabobank, N.A. | 2600-000 | N/A | 28.66 | 28.66 | 28.66 |
| Rabobank, N.A. | 2600-000 | N/A | 25.25 | 25.25 | 25.25 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 16.71 | 16.71 | 16.71 |
| Rabobank, N.A. | 2600-000 | N/A | 23.53 | 23.53 | 23.53 |
| Rabobank, N.A. | 2600-000 | N/A | 26.84 | 26.84 | 26.84 |
| Rabobank, N.A. | 2600-000 | N/A | 25.11 | 25.11 | 25.11 |
| Rabobank, N.A. | 2600-000 | N/A | 24.24 | 24.24 | 24.24 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 26.71 | 26.71 | 26.71 |
| Rabobank, N.A. | 2600-000 | N/A | 25.84 | 25.84 | 25.84 |
| Rabobank, N.A. | 2600-000 | N/A | 24.13 | 24.13 | 24.13 |
| Rabobank, N.A. | 2600-000 | N/A | 26.60 | 26.60 | 26.60 |
| UNITED STATES TREASURY | 2810-000 | N/A | 2,385.63 | 2,385.63 | 2,385.63 |
| Rabobank, N.A. | 2600-000 | N/A | 24.89 | 24.89 | 24.89 |
| Rabobank, N.A. | 2600-000 | N/A | 22.20 | 22.20 | 22.20 |
| Rabobank, N.A. | 2600-000 | N/A | 23.54 | 23.54 | 23.54 |
| Rabobank, N.A. | 2600-000 | N/A | 20.59 | 20.59 | 20.59 |
| Rabobank, N.A. | 2600-000 | N/A | 20.56 | 20.56 | 20.56 |
| Department of the Treasury | 2810-000 | N/A | 4.76 | 4.76 | 4.76 |
| Department of Treasury | 2810-000 | N/A | 1,006.49 | 1,006.49 | 1,006.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,674.05 | $15,674.05 | $15,674.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 14,187.68 | 14,187.68 | 269.88 |
| 3P | Internal Revenue Service | 5800-000 | N/A | 87,877.62 | 87,877.62 | 1,671.63 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 32,793.96 | 32,793.96 | 623.82 |
| 5P | Illinois Department of Revenue | 5800-000 | N/A | 3,905.99 | 3,905.99 | 74.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $138,765.25 | $138,765.25 | $2,639.63 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 70.00 | 70.00 | 0.00 |
| 2 | Heartland Bank and Trust Company | 7100-000 | N/A | 170,355.90 | 170,355.90 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 7,590.86 | 7,590.86 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 3,660.58 | 3,660.58 | 0.00 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 78.12 | 78.12 | 0.00 |
| 6 | Reinhart Food Services, LLC | 7100-000 | N/A | 3,934.54 | 3,934.54 | 0.00 |
| 7 | Nicor Gas | 7100-000 | N/A | 282.86 | 282.86 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $185,972.86 | $185,972.86 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-35823-BWB  
**Case Name:** ULTIMATE SPORTS BAR, INC.  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/10/12 (f)  
**§341(a) Meeting Date:** 10/11/12  

**Period Ending:** 07/21/16  
**Claims Bar Date:** 01/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT CITIZENS | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT FIRST NAT'L BANK OF OTTAWA | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT FIRST NATIONAL BANK OF OTTAWA | 0.00 | 0.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSIT 1447 CANNONBALL TRAIL | 6,000.00 | 0.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSIT FOR 1439 CANNONBALL TRAIL | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | MISC OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 7 | FIRST NATIONAL BANK OF YORKVILLE (u) | 18,313.68 | 18,313.68 | | 18,313.68 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$26,513.68** | **$18,313.68** | | **$18,313.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE 3/10/16

ACCOUNTANT AWAITING DOCUMENTS FROM DEBTOR TO COMPLETE FINAL TAX RETURNS; FINAL RETURNS BEING PREPARED; FINAL TO FOLLOW

**Initial Projected Date Of Final Report (TFR):** December 30, 2013  **Current Projected Date Of Final Report (TFR):** March 24, 2016 (Actual)

Printed: 07/21/2016 06:53 PM  V.13.28

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-35823-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | ULTIMATE SPORTS BAR, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******89-66 - Checking Account |
| Taxpayer ID #: | **-***9695 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/21/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/12/12 | {7} | ULTIMATE SPORTS BAR, INC. | TURNOVER OF BANK ACCOUNT BALANCE | 1229-000 | 18,313.68 | | 18,313.68 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 18,288.68 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.47 | 18,251.21 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.15 | 18,215.06 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 18,215.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,313.68 | 18,313.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,215.06 | |
| | | | Subtotal | | 18,313.68 | 98.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,313.68 | $98.62 | |

{} Asset reference(s)                                             Printed: 07/21/2016 06:53 PM    V.13.28

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-35823-BWB  
**Case Name:** ULTIMATE SPORTS BAR, INC.  
**Taxpayer ID #:** **-***9695  
**Period Ending:** 07/21/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,215.06 | | 18,215.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 18,187.12 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-35823, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 17.38 | 18,169.74 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-35823, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -17.38 | 18,187.12 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-35823, bond#016026455 | 2300-000 | | 17.38 | 18,169.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.40 | 18,145.34 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.22 | 18,120.12 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.79 | 18,092.33 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.88 | 18,065.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.25 | 18,041.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.54 | 18,012.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.90 | 17,986.76 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.00 | 17,961.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 17,933.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.07 | 17,909.28 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.33 | 17,880.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.57 | 17,854.38 |
| 02/03/14 | 10103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-35823, BOND#016026455 | 2300-000 | | 14.98 | 17,839.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.96 | 17,815.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.76 | 17,790.68 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.29 | 17,763.39 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.54 | 17,737.85 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.66 | 17,713.19 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.02 | 17,685.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.58 | 17,660.59 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.09 | 17,633.50 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.20 | 17,607.30 |

Subtotals: $18,215.06    $607.76

{} Asset reference(s)    Printed: 07/21/2016 06:53 PM    V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-35823-BWB  
**Case Name:** ULTIMATE SPORTS BAR, INC.  
**Taxpayer ID #:** **-***9695  
**Period Ending:** 07/21/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.79 | 17,584.51 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.66 | 17,555.85 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.25 | 17,530.60 |
| 02/26/15 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35823, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 16.71 | 17,513.89 |
| 02/26/15 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35823, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -16.71 | 17,530.60 |
| 02/26/15 | 10105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35823, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 17.01 | 17,513.59 |
| 02/26/15 | 10105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35823, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -17.01 | 17,530.60 |
| 02/26/15 | 10106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35823, BOND NUMBER 10BSBGR6291 | 2300-000 | | 16.71 | 17,513.89 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.53 | 17,490.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.84 | 17,463.52 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.11 | 17,438.41 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.24 | 17,414.17 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.71 | 17,387.46 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.84 | 17,361.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.13 | 17,337.49 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.60 | 17,310.89 |
| 10/29/15 | 10107 | UNITED STATES TREASURY | FEIN #27-3269695 - FORM 1120 TAX YEAR 2012 | 2810-000 | | 2,385.63 | 14,925.26 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.89 | 14,900.37 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.20 | 14,878.17 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.54 | 14,854.63 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.59 | 14,834.04 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.56 | 14,813.48 |
| 03/07/16 | 10108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK | 2300-000 | | 9.08 | 14,804.40 |

Subtotals : $0.00 $2,802.90

{} Asset reference(s)          Printed: 07/21/2016 06:53 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-35823-BWB  
**Case Name:** ULTIMATE SPORTS BAR, INC.  
**Taxpayer ID #:** **-***9695  
**Period Ending:** 07/21/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2015 FOR CASE #12-35823, Bond No. 10BSBGR6291 | | | | |
| 03/10/16 | 10109 | Department of the Treasury | Tax Year 2012 1120S - TIN:27-3269695 | 2810-000 | | 4.76 | 14,799.64 |
| 03/10/16 | 10110 | Department of Treasury | 2013 1120S - TIN: 27-3269695 | 2810-000 | | 1,006.49 | 13,793.15 |
| 05/09/16 | 10111 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,581.37, Trustee Compensation; Reference: | 2100-000 | | 2,581.37 | 11,211.78 |
| 05/09/16 | 10112 | Alan D. Lasko | Dividend paid 100.00% on $8,433.10, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,433.10 | 2,778.68 |
| 05/09/16 | 10113 | Alan D. Lasko | Dividend paid 100.00% on $139.05, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 139.05 | 2,639.63 |
| 05/09/16 | 10114 | Illinois Department of Employment Security | Dividend paid 1.90% on $14,187.68; Claim# 1P; Filed: $14,187.68; Reference: | 5800-000 | | 269.88 | 2,369.75 |
| 05/09/16 | 10115 | Internal Revenue Service | Dividend paid 1.90% on $87,877.62; Claim# 3P; Filed: $87,877.62; Reference: | 5800-000 | | 1,671.63 | 698.12 |
| 05/09/16 | 10116 | Illinois Department of Revenue | Dividend paid 1.90% on $32,793.96; Claim# 4P; Filed: $32,793.96; Reference: | 5800-000 | | 623.82 | 74.30 |
| 05/09/16 | 10117 | Illinois Department of Revenue | Dividend paid 1.90% on $3,905.99; Claim# 5P; Filed: $3,905.99; Reference: | 5800-000 | | 74.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,215.06 | 18,215.06 | $0.00 |
| | | | Less: Bank Transfers | | 18,215.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 18,215.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $18,215.06 | |

Net Receipts : 18,313.68  
Net Estate : $18,313.68  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******89-66** | 18,313.68 | 98.62 | 0.00 |
| **Checking # ******3366** | 0.00 | 18,215.06 | 0.00 |
| | $18,313.68 | $18,313.68 | $0.00 |

{} Asset reference(s)